**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT J. HAMILTON, | Case No. CV 17-3090 ODW (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 7, 2017

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE